AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JAN 30 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| United States of America | ) |
| v. | ) |
| | ) Case No. EP-26-M-534-RFC |
| | ) |
| Margarita VICTORIA-Pina | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 28, 2026__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546 | when applying for admission to the United States, did knowingly personate another or attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At __1:08__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

_____
Complainant's signature

Brenda A. Marrufo
CBP Enforcement Officer

Sworn to before me and signed in my presence.

_____
Judge's signature
Robert F. Castaneda
UNITED STATES MAGISTRATE JUDGE

Date: __January 30, 2026__

City and state: __El Paso, Texas__

## FACTS

On or about January 28, 2026, the DEFENDANT, Margarita VICTORIA-Pina, a native and citizen of Mexico, applied for admission into the United States from Mexico via pedestrian primary lanes at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT presented a Legal Permanent Resident Card bearing the name, date of birth, and photograph of another, whose initials are F.M.N. and represented herself to be that person to the Primary Customs and Border Protection Officer (CBPO) manning the pedestrian lane.

During the primary inspection, the DEFENDANT stated she was heading home to El Paso, Texas and was coming from visiting her family in Ciudad Juarez, Chihuahua, Mexico. The DEFENDANT stated she obtained her Legal Permanent Residency through her husband and that she was born in Ciudad Juarez. The DEFENDANT was unable to answer what her current address was in El Paso, nor where she obtained the document she presented. The primary officer noticed that the photograph on the document did not match the DEFENDANT, observing different facial features. The primary officer suspected that the DEFENDANT was an imposter and escorted the DEFENDANT to Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT reiterated that the document she presented belonged to her and provided the same name as the document. After further questioning, the DEFENDANT provided her true real name, date of birth, and stated she was born in Mexico City, Mexico. At that point, the DEFENDANT was served with Form I-214 (Spanish version), Warning of Rights, which she read, stated she understood, and invoked her rights to legal representation. At that point, all questioning ceased.

The DEFENDANT's fingerprints were digitally scanned and revealed a previous removal from the United States on or about, June 5, 2025, to Mexico.

Record checks indicated the DEFENDANT is not in possession of any document with which to enter, reside, or seek employment in the United States. Further queries revealed the DEFENDANT is not in possession of any legal documents with which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

Criminal:

None can be established at this time.

Immigration:

| | |
|---|---|
| June 5, 2025 | Removal from Harlingen, Texas to Mexico (Expedited Removal) |
| January 7, 2025 | Visa Refusal |